AARON D. FORD
Attorney General
HALEY DAWN BOX, (Bar No. 14666C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3161 (phone)
(702) 486-3768 (fax)
Email: hbox@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BLAKE,<br>Plaintiff,<br>v.<br>WARDEN ROYAL, *et al.*,<br>Defendants. | Case No. 3:25-cv-00752-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, James Blake, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Haley Dawn Box, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of September, 2023.

By: /s/ [signature]
JAMES BLAKE
Plaintiff

DATED this 15th day of September, 2023.

AARON D. FORD
Attorney General

By: /s/ *Haley Dawn Box*
HALEY DAWN BOX (Bar No. 14666C)
Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED October 20, 2026.

[signature]
UNITED STATES DISTRICT JUDGE